**United States Bankruptcy Court**
**District of Nevada, Reno Division**

IN RE:                                                                    Case No. **15-50489**

Root, Shawn Allen & Holman, Rebekah Evelyn Anne                          Chapter **7**
_____Debtor(s)_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 15,299.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 18,065.78 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | $ 143,715.35 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 3 | | | $ 5,311.21 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 4 | | | $ 5,652.00 |
| TOTAL | | 36 | $ 15,299.00 | $ 161,781.13 | |

**United States Bankruptcy Court**
**District of Nevada, Reno Division**

IN RE:                                                            Case No. **15-50489**

Root, Shawn Allen & Holman, Rebekah Evelyn Anne                  Chapter **7**
Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | **0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | **0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | **0.00** |
| Student Loan Obligations (from Schedule F) | $ | **0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | **0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | **0.00** |
| **TOTAL** | $ | **0.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 12) | $ | **5,311.21** |
| Average Expenses (from Schedule J, Line 22) | $ | **5,652.00** |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $ | **4,088.92** |

**State the following:**

| | | | | |
|---|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | | $ | **6,604.78** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | **0.00** | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | | $ | **0.00** |
| 4. Total from Schedule F | | | $ | **143,715.35** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | | $ | **150,320.13** |

B6A (Official Form 6A) (12/07)

IN RE **Root, Shawn Allen & Holman, Rebekah Evelyn Anne**  Case No. **15-50489**
_____
Debtor(s)                                                          (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | TOTAL | 0.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

IN RE **Root, Shawn Allen & Holman, Rebekah Evelyn Anne**                    Case No. **15-50489**
_____                    _____
Debtor(s)                                                                            (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash on hand** | **C** | **20.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **US Bank checking acct#..1339** | **C** | **0.00** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Household goods - furniture, electronics, knick-knacks, etc** | **C** | **1,500.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, pictures & other art** | **C** | **200.00** |
| 6.  Wearing apparel. | | **Wearing apparel** | **C** | **200.00** |
| 7.  Furs and jewelry. | | **Jewelry** | **C** | **1,000.00** |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **TSA through Employer (Joint Debtor)** | **C** | **Unknown** |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Root, Shawn Allen & Holman, Rebekah Evelyn Anne**                    Case No. **15-50489**
_____
                Debtor(s)                                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Ford Ranger with 200,000 miles Good condition** | C | 918.00 |
| | | **2011 Mitsubishi Endeavor with 65,000 miles Good condition Lien of $18,065.78** | C | 11,461.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

B6B (Official Form 6B) (12/07) – Cont.

IN RE **Root, Shawn Allen & Holman, Rebekah Evelyn Anne**                    Case No. **15-50489**
<u>                                                                        </u>
Debtor(s)                                                                      (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 15,299.00 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

<u>          </u> **0** continuation sheets attached

B6C (Official Form 6C) (04/13)

**IN RE** Root, Shawn Allen & Holman, Rebekah Evelyn Anne _____ Case No. **15-50489**
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under: ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)
　☐ 11 U.S.C. § 522(b)(2)
　☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on hand** | **NRS § 21.090(1)(z)** | **20.00** | **20.00** |
| **Household goods - furniture, electronics, knick-knacks, etc** | **NRS § 21.090(1)(b)** | **1,500.00** | **1,500.00** |
| **Books, pictures & other art** | **NRS § 21.090(1)(a)** | **200.00** | **200.00** |
| **Wearing apparel** | **NRS § 21.090(1)(b)** | **200.00** | **200.00** |
| **Jewelry** | **NRS § 21.090(1)(a)** | **1,000.00** | **1,000.00** |
| **1999 Ford Ranger with 200,000 miles Good condition** | **NRS § 21.090(1)(f)** | **918.00** | **918.00** |

_* Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**B6D (Official Form 6D) (12/07)**

IN RE <u>Root, Shawn Allen & Holman, Rebekah Evelyn Anne</u>                Case No. <u>15-50489</u>
Debtor(s)                                                      (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **30000108175811000**<br><br>**Santander Consumer USA**<br>**PO Box 961245**<br>**Fort Worth, TX  76161-0244** | C | | **Installment account**<br>**2011 Mitsubishi Endeavor**<br><br><br>VALUE $ **11,461.00** | | | | **18,065.78** | **6,604.78** |
| ACCOUNT NO. | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. | | | <br><br><br>VALUE $ | | | | | |

<u>        0</u> continuation sheets attached

|  | | Subtotal<br>(Total of this page) | $ **18,065.78** | $ **6,604.78** |
|---|---|---|---|---|
| | | Total<br>(Use only on last page) | $ **18,065.78** | $ **6,604.78** |
| | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/13)

IN RE **Root, Shawn Allen & Holman, Rebekah Evelyn Anne**                    Case No. **15-50489**
_____                    _____
Debtor(s)                                                              (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

**B6F (Official Form 6F) (12/07)**

IN RE Root, Shawn Allen & Holman, Rebekah Evelyn Anne _____ Case No. **15-50489**
                                    Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5302510521** <br><br> **Acs/jp Morgan Chase Ba** <br> **2277 E 22 oth St** <br> **Long Beach, CA  90810** | | W | **2006-11-01** | | | | **21,005.00** |
| ACCOUNT NO. **2454982** <br><br> **Ad Astra Rec** <br> **8918 W 21st St N Ste 200** <br> **Wichita, KS  67205-1880** | | W | **2012-06-01** | | | | **908.00** |
| ACCOUNT NO. <br><br> **Ad Astra Recovery Serv** <br> **7330 W 33rd St N Ste 118** <br> **Wichita, KS  67205-9370** | | | **Assignee or other notification for:** <br> **Ad Astra Rec** | | | | |
| ACCOUNT NO. **2730218** <br><br> **Ad Astra Rec** <br> **8918 W 21st St N Ste 200** <br> **Wichita, KS  67205-1880** | | H | **2013-01-01** | | | | **760.00** |

_____ **19** continuation sheets attached

| | Subtotal (Total of this page) | $ | **22,673.00** |
|---|---|---|---|
| | Total <br> (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Root, Shawn Allen & Holman, Rebekah Evelyn Anne**                    Case No. **15-50489**
_____
                    Debtor(s)                                                                        (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Ad Astra Recovery Serv<br>7330 W 33rd St N Ste 118<br>Wichita, KS  67205-9370** | | | Assignee or other notification for:<br>Ad Astra Rec | | | | |
| ACCOUNT NO. **2762444**<br>**Ad Astra Rec<br>8918 W 21st St N Ste 200<br>Wichita, KS  67205-1880** | | H | 2012-12-01 | | | | 288.00 |
| ACCOUNT NO.<br>**Ad Astra Recovery Serv<br>7330 W 33rd St N Ste 118<br>Wichita, KS  67205-9370** | | | Assignee or other notification for:<br>Ad Astra Rec | | | | |
| ACCOUNT NO. **2166206**<br>**Alpat Company Inc<br>PO Box 1689<br>Slidell, LA  70459-1689** | | W | 2010-12-01 | | | | 103.00 |
| ACCOUNT NO.<br>**Alpat Co Inc<br>40070 Cane St Ste 400<br>Slidell, LA  70461-3757** | | | Assignee or other notification for:<br>Alpat Company Inc | | | | |
| ACCOUNT NO. **64422747**<br>**Amcol Systems Inc<br>PO Box 21625<br>Columbia, SC  29221-1625** | | W | 2014-08-01 | | | | 17,235.00 |
| ACCOUNT NO. **64422745**<br>**Amcol Systems Inc<br>PO Box 21625<br>Columbia, SC  29221-1625** | | W | 2014-08-01 | | | | 5,135.00 |

Sheet no. **1** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **22,761.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Root, Shawn Allen & Holman, Rebekah Evelyn Anne** _____ Case No. **15-50489**
_____
Debtor(s)                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **39092676**<br>**Amcol Systems Inc**<br>**PO Box 21625**<br>**Columbia, SC  29221-1625** | | W | **2012-01-01** | | | | **1,804.00** |
| ACCOUNT NO. **67122263**<br>**Amcol Systems Inc**<br>**PO Box 21625**<br>**Columbia, SC  29221-1625** | | W | **2014-12-01** | | | | **1,639.00** |
| ACCOUNT NO. **43402078**<br>**Amcol Systems Inc**<br>**PO Box 21625**<br>**Columbia, SC  29221-1625** | | W | **2012-07-01** | | | | **1,350.00** |
| ACCOUNT NO. **67285679**<br>**Amcol Systems Inc**<br>**PO Box 21625**<br>**Columbia, SC  29221-1625** | | W | **2014-12-01** | | | | **1,010.00** |
| ACCOUNT NO. **39086659**<br>**Amcol Systems Inc**<br>**PO Box 21625**<br>**Columbia, SC  29221-1625** | | W | **2012-01-01** | | | | **531.00** |
| ACCOUNT NO. **48654235**<br>**Amcol Systems Inc**<br>**PO Box 21625**<br>**Columbia, SC  29221-1625** | | W | **2012-12-01** | | | | **471.00** |
| ACCOUNT NO. **2144218**<br>**Business & Professional Coll Svc**<br>**PO Box 872**<br>**Reno, NV  89504-0872** | | W | **2014-11-01** | | | | **1,479.00** |

Sheet no. ___**2**__ of ___**19**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **8,284.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Root, Shawn Allen & Holman, Rebekah Evelyn Anne**                    Case No. **15-50489**
_____
                    Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Business & Professiona** 816 S Center St Reno, NV 89501-2306 | | | Assignee or other notification for: Business & Professional Coll Svc | | | | |
| ACCOUNT NO. **1803945** **Business & Professional Coll Svc** PO Box 872 Reno, NV 89504-0872 | | W | 2010-05-01 | | | | 909.00 |
| ACCOUNT NO. **Business & Professiona** 816 S Center St Reno, NV 89501-2306 | | | Assignee or other notification for: Business & Professional Coll Svc | | | | |
| ACCOUNT NO. **1800736** **Business & Professional Coll Svc** PO Box 872 Reno, NV 89504-0872 | | W | 2010-04-01 | | | | 604.00 |
| ACCOUNT NO. **Business & Professiona** 816 S Center St Reno, NV 89501-2306 | | | Assignee or other notification for: Business & Professional Coll Svc | | | | |
| ACCOUNT NO. **2063413** **Business & Professional Coll Svc** PO Box 872 Reno, NV 89504-0872 | | H | 2013-08-01 | | | | 425.00 |
| ACCOUNT NO. **Business & Professiona** 816 S Center St Reno, NV 89501-2306 | | | Assignee or other notification for: Business & Professional Coll Svc | | | | |

Sheet no. **3** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **1,938.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Root, Shawn Allen & Holman, Rebekah Evelyn Anne**                    Case No. **15-50489**
_____
        Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1762684** <br> **Business & Professional Coll Svc** <br> **PO Box 872** <br> **Reno, NV 89504-0872** | | W | 2009-10-01 | | | | 249.00 |
| ACCOUNT NO. <br> **Business & Professiona** <br> **816 S Center St** <br> **Reno, NV 89501-2306** | | | Assignee or other notification for: <br> Business & Professional Coll Svc | | | | |
| ACCOUNT NO. **2108986** <br> **Business & Professional Coll Svc** <br> **PO Box 872** <br> **Reno, NV 89504-0872** | | W | 2014-03-01 | | | | 230.00 |
| ACCOUNT NO. <br> **Business & Professiona** <br> **816 S Center St** <br> **Reno, NV 89501-2306** | | | Assignee or other notification for: <br> Business & Professional Coll Svc | | | | |
| ACCOUNT NO. **1984998** <br> **Business & Professional Coll Svc** <br> **PO Box 872** <br> **Reno, NV 89504-0872** | | W | 2012-09-01 | | | | 218.00 |
| ACCOUNT NO. <br> **Business & Professiona** <br> **816 S Center St** <br> **Reno, NV 89501-2306** | | | Assignee or other notification for: <br> Business & Professional Coll Svc | | | | |
| ACCOUNT NO. **1887797** <br> **Business & Professional Coll Svc** <br> **PO Box 872** <br> **Reno, NV 89504-0872** | | W | 2011-07-01 | | | | 96.00 |

Sheet no. **4** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 793.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Root, Shawn Allen & Holman, Rebekah Evelyn Anne**          Case No. **15-50489**
_____          _____
        Debtor(s)                                                        (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Business & Professiona**<br>**816 S Center St**<br>**Reno, NV 89501-2306** | | | Assignee or other notification for:<br>**Business & Professional Coll Svc** | | | | |
| ACCOUNT NO. **2113527**<br>**Business & Professional Coll Svc**<br>**PO Box 872**<br>**Reno, NV 89504-0872** | | W | 2014-04-01 | | | | **70.00** |
| ACCOUNT NO.<br>**Business & Professiona**<br>**816 S Center St**<br>**Reno, NV 89501-2306** | | | Assignee or other notification for:<br>**Business & Professional Coll Svc** | | | | |
| ACCOUNT NO. **1884522**<br>**Business & Professional Coll Svc**<br>**PO Box 872**<br>**Reno, NV 89504-0872** | | H | 2011-06-01 | | | | **49.00** |
| ACCOUNT NO.<br>**Business & Professiona**<br>**816 S Center St**<br>**Reno, NV 89501-2306** | | | Assignee or other notification for:<br>**Business & Professional Coll Svc** | | | | |
| ACCOUNT NO. **2060446**<br>**Business & Professional Coll Svc**<br>**PO Box 872**<br>**Reno, NV 89504-0872** | | H | 2013-08-01 | | | | **38.00** |
| ACCOUNT NO.<br>**Business & Professiona**<br>**816 S Center St**<br>**Reno, NV 89501-2306** | | | Assignee or other notification for:<br>**Business & Professional Coll Svc** | | | | |

Sheet no. _____**5**___ of ___**19**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **157.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Root, Shawn Allen & Holman, Rebekah Evelyn Anne**                                    Case No. **15-50489**

_____Debtor(s)_____                                    _____(If known)_____

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2051521**<br>**Business & Professional Coll Svc**<br>**PO Box 872**<br>**Reno, NV 89504-0872** | | H | **2013-06-01** | | | | **33.00** |
| ACCOUNT NO.<br>**Business & Professiona**<br>**816 S Center St**<br>**Reno, NV 89501-2306** | | | Assignee or other notification for:<br>**Business & Professional Coll Svc** | | | | |
| ACCOUNT NO. **1953825**<br>**Business & Professional Coll Svc**<br>**PO Box 872**<br>**Reno, NV 89504-0872** | | W | **2012-04-01** | | | | **32.00** |
| ACCOUNT NO.<br>**Business & Professiona**<br>**816 S Center St**<br>**Reno, NV 89501-2306** | | | Assignee or other notification for:<br>**Business & Professional Coll Svc** | | | | |
| ACCOUNT NO. **1985012**<br>**Business & Professional Coll Svc**<br>**PO Box 872**<br>**Reno, NV 89504-0872** | | W | **2012-09-01** | | | | **27.00** |
| ACCOUNT NO.<br>**Business & Professiona**<br>**816 S Center St**<br>**Reno, NV 89501-2306** | | | Assignee or other notification for:<br>**Business & Professional Coll Svc** | | | | |
| ACCOUNT NO. **5178057670553853**<br>**Capital One**<br>**Attn: Bankruptcy**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130-0285** | | W | **2014-08-01** | | | | **394.00** |

Sheet no. **6** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **486.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Root, Shawn Allen & Holman, Rebekah Evelyn Anne**                    Case No. **15-50489**
_____
                                    Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Capital One Bank USA N**<br>**15000 Capital One Dr**<br>**Richmond, VA  23238-1119** | | | Assignee or other notification for:<br>Capital One | | | | |
| ACCOUNT NO. **5178059152993888**<br>**Capital One**<br>**Attn: Bankruptcy**<br>**PO Box 30285**<br>**Salt Lake City, UT  84130-0285** | | H | **2014-08-01** | | | | **392.00** |
| ACCOUNT NO.<br>**Capital One Bank USA N**<br>**15000 Capital One Dr**<br>**Richmond, VA  23238-1119** | | | Assignee or other notification for:<br>Capital One | | | | |
| ACCOUNT NO.<br>**Cash 1, LLC**<br>**5890 S Virginia St Ste 1**<br>**Reno, NV  89502-6004** | | C | | | | | **Unknown** |
| ACCOUNT NO.<br>**Cash Factory**<br>**6965 S Rainbow Blvd**<br>**Las Vegas, NV  89118-3279** | | C | | | | | **Unknown** |
| ACCOUNT NO.<br>**Check City**<br>**10590 N McCarran Blvd**<br>**Reno, NV  89503-1873** | | C | | | | | **Unknown** |
| ACCOUNT NO. **8151260000677602**<br>**Collection Service/Nev**<br>**Attn:Bankruptcy**<br>**777 Forest St**<br>**Reno, NV  89509-1711** | | W | **2014-03-01** | | | | **435.00** |

Sheet no. **7** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $    **827.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Root, Shawn Allen & Holman, Rebekah Evelyn Anne      Case No. **15-50489**
                 Debtor(s)                                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Collection Service/Nev**<br>**777 Forest St**<br>**Reno, NV  89509-1711** | | | Assignee or other notification for:<br>**Collection Service/Nev** | | | | |
| ACCOUNT NO. **2141360000648680**<br>**Collection Service/Nev**<br>**Attn:Bankruptcy**<br>**777 Forest St**<br>**Reno, NV  89509-1711** | | W | **2013-08-01** | | | | **279.00** |
| ACCOUNT NO.<br>**Collection Service/Nev**<br>**777 Forest St**<br>**Reno, NV  89509-1711** | | | Assignee or other notification for:<br>**Collection Service/Nev** | | | | |
| ACCOUNT NO. **5010960000483128**<br>**Collection Service/Nev**<br>**Attn:Bankruptcy**<br>**777 Forest St**<br>**Reno, NV  89509-1711** | | W | **2010-08-01** | | | | **260.00** |
| ACCOUNT NO.<br>**Collection Service/Nev**<br>**777 Forest St**<br>**Reno, NV  89509-1711** | | | Assignee or other notification for:<br>**Collection Service/Nev** | | | | |
| ACCOUNT NO. **4250960000461203**<br>**Collection Service/Nev**<br>**Attn:Bankruptcy**<br>**777 Forest St**<br>**Reno, NV  89509-1711** | | W | **2010-05-01** | | | | **139.00** |
| ACCOUNT NO.<br>**Collection Service/Nev**<br>**777 Forest St**<br>**Reno, NV  89509-1711** | | | Assignee or other notification for:<br>**Collection Service/Nev** | | | | |

Sheet no. **8** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **678.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Root, Shawn Allen & Holman, Rebekah Evelyn Anne** _____ Case No. **15-50489**
　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **54941001**<br>**Credit Management Lp**<br>**4200 International Pkwy**<br>**Carrollton, TX  75007-1912** | | W | 2013-10-01 | | | | 26.00 |
| ACCOUNT NO.<br>**Credit One Bank**<br>**PO Box 98872**<br>**Las Vegas, NV  89193-8872** | | C | | | | | 998.35 |
| ACCOUNT NO. **97147497541E01320110428**<br>**Dept of Ed/Navient**<br>**PO Box 9635**<br>**Wilkes Barre, PA  18773-9635** | | W | 2011-04-01 | | | | 10,847.00 |
| ACCOUNT NO. **97147497541E01620130819**<br>**Dept of Ed/Navient**<br>**PO Box 9635**<br>**Wilkes Barre, PA  18773-9635** | | W | 2013-08-01 | | | | 8,121.00 |
| ACCOUNT NO. **97147497541E01520130228**<br>**Dept of Ed/Navient**<br>**PO Box 9635**<br>**Wilkes Barre, PA  18773-9635** | | W | 2013-02-01 | | | | 6,352.00 |
| ACCOUNT NO. **97147497541E00520090121**<br>**Dept of Ed/Navient**<br>**PO Box 9635**<br>**Wilkes Barre, PA  18773-9635** | | W | 2009-01-01 | | | | 6,246.00 |
| ACCOUNT NO. **97147497541E00920091029**<br>**Dept of Ed/Navient**<br>**PO Box 9635**<br>**Wilkes Barre, PA  18773-9635** | | W | 2009-10-01 | | | | 4,943.00 |

Sheet no. **9** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **37,533.35**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Root, Shawn Allen & Holman, Rebekah Evelyn Anne**                     Case No. **15-50489**
                                    Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **97147497541E01420120924**<br>**Dept of Ed/Navient**<br>**PO Box 9635**<br>**Wilkes Barre, PA  18773-9635** | | W | 2012-09-01 | | | | 4,669.00 |
| ACCOUNT NO. **97147497541E01120101129**<br>**Dept of Ed/Navient**<br>**PO Box 9635**<br>**Wilkes Barre, PA  18773-9635** | | W | 2010-11-01 | | | | 4,637.00 |
| ACCOUNT NO. **97147497541E01220110428**<br>**Dept of Ed/Navient**<br>**PO Box 9635**<br>**Wilkes Barre, PA  18773-9635** | | W | 2011-04-01 | | | | 4,112.00 |
| ACCOUNT NO. **97147497541E00420090121**<br>**Dept of Ed/Navient**<br>**PO Box 9635**<br>**Wilkes Barre, PA  18773-9635** | | W | 2009-01-01 | | | | 3,242.00 |
| ACCOUNT NO. **97147497541E00820091029**<br>**Dept of Ed/Navient**<br>**PO Box 9635**<br>**Wilkes Barre, PA  18773-9635** | | W | 2009-10-01 | | | | 2,846.00 |
| ACCOUNT NO. **97147497541E01020101129**<br>**Dept of Ed/Navient**<br>**PO Box 9635**<br>**Wilkes Barre, PA  18773-9635** | | W | 2010-11-01 | | | | 2,827.00 |
| ACCOUNT NO. **97147497541E00220080626**<br>**Dept of Ed/Navient**<br>**PO Box 9635**<br>**Wilkes Barre, PA  18773-9635** | | W | 2008-06-01 | | | | 1,893.00 |

Sheet no. __**10**__ of __**19**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ **24,226.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

B6F (Official Form 6F) (12/07) – Cont.

IN RE Root, Shawn Allen & Holman, Rebekah Evelyn Anne _____ Case No. **15-50489**

Debtor(s) (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **97147497541E00620090616** <br> **Dept of Ed/Navient** <br> **PO Box 9635** <br> **Wilkes Barre, PA  18773-9635** | | W | 2009-06-01 | | | | **1,442.00** |
| ACCOUNT NO. **97147497541E00120080626** <br> **Dept of Ed/Navient** <br> **PO Box 9635** <br> **Wilkes Barre, PA  18773-9635** | | W | 2008-06-01 | | | | **1,433.00** |
| ACCOUNT NO. **97147497541E00720090616** <br> **Dept of Ed/Navient** <br> **PO Box 9635** <br> **Wilkes Barre, PA  18773-9635** | | W | 2009-06-01 | | | | **1,037.00** |
| ACCOUNT NO. **97147497541E00320080721** <br> **Dept of Ed/Navient** <br> **PO Box 9635** <br> **Wilkes Barre, PA  18773-9635** | | W | 2008-07-01 | | | | **756.00** |
| ACCOUNT NO. <br> **Discount Title Loan** <br> **691 E Moana Ln** <br> **Reno, NV  89502-4721** | | C | | | | | **Unknown** |
| ACCOUNT NO. <br> **Discount Title Loan** <br> **691 E Moana Ln** <br> **Reno, NV  89502-4721** | | C | | | | | **Unknown** |
| ACCOUNT NO. <br> **Dollar Loan Center** <br> **6122 W Sahara Ave** <br> **Las Vegas, NV  89146-3051** | | C | | | | | **Unknown** |

Sheet no. **11** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ <b>4,668.00</b>

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Root, Shawn Allen & Holman, Rebekah Evelyn Anne**                    Case No. **15-50489**
_____
             Debtor(s)                                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **661381** <br> **Dolr Ln Cent** <br> **Attention; Bankruptcy** <br> **901 W 10th St** <br> **Sioux Falls, SD  57104-3519** | | H | **2010-08-03** | | | | **43.00** |
| ACCOUNT NO. <br> **Dolr Ln Cent** <br> **6122 W Sahara Ave** <br> **Las Vegas, NV  89146-3051** | | | Assignee or other notification for: <br> **Dolr Ln Cent** | | | | |
| ACCOUNT NO. **31648107** <br> **Financial Corporation of America** <br> **Attn: Bankruptcy** <br> **PO Box 203500** <br> **Austin, TX  78720-3500** | | W | **2014-10-01** | | | | **1,425.00** |
| ACCOUNT NO. <br> **Fncl Corp of America** <br> **12515 Research Blvd # S-10** <br> **Austin, TX  78759-2228** | | | Assignee or other notification for: <br> **Financial Corporation of America** | | | | |
| ACCOUNT NO. <br> **First National Collection Bureau, Inc** <br> **610 Waltham Way** <br> **Sparks, NV  89434-6695** | | C | | | | | **0.00** |
| ACCOUNT NO. **5178007630811073** <br> **First Premier Bank** <br> **601 S Minnesota Ave** <br> **Sioux Falls, SD  57104-4824** | | W | **2007-01-01** | | | | **513.00** |
| ACCOUNT NO. **5433628769008248** <br> **First Premier Bank** <br> **601 S Minnesota Ave** <br> **Sioux Falls, SD  57104-4824** | | W | **2006-06-01** | | | | **297.00** |

Sheet no. _____**12**_____ of _____**19**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                        Subtotal
             (Total of this page) $ **2,278.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE Root, Shawn Allen & Holman, Rebekah Evelyn Anne _____ Case No. **15-50489**
                          Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **007009156** <br><br>**Grant & Weber**<br>**Attn: Bankruptcy**<br>**26575 Agoura Rd**<br>**Calabasas, CA 91302-1958** | | W | 2009-12-01 | | | | **961.00** |
| ACCOUNT NO. <br><br>**Grant & Weber**<br>**861 Coronado Center Dr**<br>**Henderson, NV 89052-3992** | | | Assignee or other notification for: Grant & Weber | | | | |
| ACCOUNT NO. **008659642** <br><br>**Grant & Weber**<br>**Attn: Bankruptcy**<br>**26575 Agoura Rd**<br>**Calabasas, CA 91302-1958** | | W | 2011-12-01 | | | | **829.00** |
| ACCOUNT NO. <br><br>**Grant & Weber**<br>**861 Coronado Center Dr**<br>**Henderson, NV 89052-3992** | | | Assignee or other notification for: Grant & Weber | | | | |
| ACCOUNT NO. **006817298** <br><br>**Grant & Weber**<br>**Attn: Bankruptcy**<br>**26575 Agoura Rd**<br>**Calabasas, CA 91302-1958** | | W | 2009-09-01 | | | | **711.00** |
| ACCOUNT NO. <br><br>**Grant & Weber**<br>**861 Coronado Center Dr**<br>**Henderson, NV 89052-3992** | | | Assignee or other notification for: Grant & Weber | | | | |
| ACCOUNT NO. **008718914** <br><br>**Grant & Weber**<br>**Attn: Bankruptcy**<br>**26575 Agoura Rd**<br>**Calabasas, CA 91302-1958** | | W | 2012-01-01 | | | | **375.00** |

Sheet no. **13** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,876.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Root, Shawn Allen & Holman, Rebekah Evelyn Anne _____ Case No. **15-50489**

_____ Debtor(s) _____ (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Grant & Weber<br>861 Coronado Center Dr<br>Henderson, NV  89052-3992** | | | Assignee or other notification for:<br>**Grant & Weber** | | | | |
| ACCOUNT NO. **006950780** <br><br>**Grant & Weber<br>Attn: Bankruptcy<br>26575 Agoura Rd<br>Calabasas, CA  91302-1958** | | W | **2009-11-01** | | | | **287.00** |
| ACCOUNT NO. <br><br>**Grant & Weber<br>861 Coronado Center Dr<br>Henderson, NV  89052-3992** | | | Assignee or other notification for:<br>**Grant & Weber** | | | | |
| ACCOUNT NO. **007009141** <br><br>**Grant & Weber<br>Attn: Bankruptcy<br>26575 Agoura Rd<br>Calabasas, CA  91302-1958** | | W | **2009-12-01** | | | | **108.00** |
| ACCOUNT NO. <br><br>**Grant & Weber<br>861 Coronado Center Dr<br>Henderson, NV  89052-3992** | | | Assignee or other notification for:<br>**Grant & Weber** | | | | |
| ACCOUNT NO. **006950911** <br><br>**Grant & Weber<br>Attn: Bankruptcy<br>26575 Agoura Rd<br>Calabasas, CA  91302-1958** | | W | **2009-11-01** | | | | **95.00** |
| ACCOUNT NO. <br><br>**Grant & Weber<br>861 Coronado Center Dr<br>Henderson, NV  89052-3992** | | | Assignee or other notification for:<br>**Grant & Weber** | | | | |

Sheet no. **14** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **490.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Root, Shawn Allen & Holman, Rebekah Evelyn Anne**                     Case No. **15-50489**
_____
 Debtor(s)                                                                                               (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1878468** <br><br>**Hospital Collection Sv** <br>**PO Box 872** <br>**Reno, NV  89504-0872** | | W | 2009-02-01 | | | | 821.00 |
| ACCOUNT NO. <br><br>**Hospital Collection Sv** <br>**816 S Center St** <br>**Reno, NV  89501-2306** | | | Assignee or other notification for: <br>Hospital Collection Sv | | | | |
| ACCOUNT NO. **2077998** <br><br>**Hospital Collection Sv** <br>**PO Box 872** <br>**Reno, NV  89504-0872** | | W | 2014-02-01 | | | | 643.00 |
| ACCOUNT NO. <br><br>**Hospital Collection Sv** <br>**816 S Center St** <br>**Reno, NV  89501-2306** | | | Assignee or other notification for: <br>Hospital Collection Sv | | | | |
| ACCOUNT NO. **1878479** <br><br>**Hospital Collection Sv** <br>**PO Box 872** <br>**Reno, NV  89504-0872** | | W | 2009-02-01 | | | | 536.00 |
| ACCOUNT NO. <br><br>**Hospital Collection Sv** <br>**816 S Center St** <br>**Reno, NV  89501-2306** | | | Assignee or other notification for: <br>Hospital Collection Sv | | | | |
| ACCOUNT NO. **1978274** <br><br>**Hospital Collection Sv** <br>**PO Box 872** <br>**Reno, NV  89504-0872** | | W | 2011-09-01 | | | | 81.00 |

Sheet no. **15** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,081.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Root, Shawn Allen & Holman, Rebekah Evelyn Anne**          Case No. **15-50489**
_____
Debtor(s)                                                                                              (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Hospital Collection Sv** <br> **816 S Center St** <br> **Reno, NV 89501-2306** | | | Assignee or other notification for: <br> **Hospital Collection Sv** | | | | |
| ACCOUNT NO. **1978255** <br> **Hospital Collection Sv** <br> **PO Box 872** <br> **Reno, NV 89504-0872** | | W | **2011-09-01** | | | | **81.00** |
| ACCOUNT NO. <br> **Hospital Collection Sv** <br> **816 S Center St** <br> **Reno, NV 89501-2306** | | | Assignee or other notification for: <br> **Hospital Collection Sv** | | | | |
| ACCOUNT NO. **4447962128189283** <br> **Lvnv Funding LLC** <br> **PO Box 10497** <br> **Greenville, SC 29603-0497** | | W | **2009-08-01** | | | | **998.00** |
| ACCOUNT NO. **8550599108** <br> **Midland Funding** <br> **8875 Aero Dr Ste 200** <br> **San Diego, CA 92123-2255** | | W | **2012-05-01** | | | | **890.00** |
| ACCOUNT NO. <br> **Money Tree** <br> **2905 Clear Acre Ln** <br> **Reno, NV 89512-1747** | | C | | | | | **Unknown** |
| ACCOUNT NO. **1969652** <br> **National Business Fact** <br> **969 Mica Dr** <br> **Carson City, NV 89705-7170** | | W | **2014-02-01** | | | | **1,090.00** |

Sheet no. __16__ of __19__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,059.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Root, Shawn Allen & Holman, Rebekah Evelyn Anne**          Case No. **15-50489**
_____
        Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1969609**<br>**National Business Fact**<br>**969 Mica Dr**<br>**Carson City, NV  89705-7170** | | W | 2014-02-01 | | | | 903.00 |
| ACCOUNT NO. **1969566**<br>**National Business Fact**<br>**969 Mica Dr**<br>**Carson City, NV  89705-7170** | | W | 2014-02-01 | | | | 843.00 |
| ACCOUNT NO. **1969695**<br>**National Business Fact**<br>**969 Mica Dr**<br>**Carson City, NV  89705-7170** | | W | 2014-02-01 | | | | 576.00 |
| ACCOUNT NO. **1993588**<br>**National Business Fact**<br>**969 Mica Dr**<br>**Carson City, NV  89705-7170** | | W | 2014-04-01 | | | | 366.00 |
| ACCOUNT NO. **1475443**<br>**National Business Fact**<br>**969 Mica Dr**<br>**Carson City, NV  89705-7170** | | W | 2010-06-01 | | | | 22.00 |
| ACCOUNT NO. **1642835**<br>**National Business Fact**<br>**969 Mica Dr**<br>**Carson City, NV  89705-7170** | | W | 2011-07-01 | | | | 15.00 |
| ACCOUNT NO. **1738535**<br>**National Business Fact**<br>**969 Mica Dr**<br>**Carson City, NV  89705-7170** | | W | 2012-04-01 | | | | 9.00 |

Sheet no. __**17**__ of __**19**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,734.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Root, Shawn Allen & Holman, Rebekah Evelyn Anne**      Case No. **15-50489**
            Debtor(s)                               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Nevada Title Loan<br>961 S Virginia St<br>Reno, NV  89502-2415** | | C | | | | | **Unknown** |
| ACCOUNT NO.<br>**Paycheck Advance<br>155 Lemmon Dr # 103<br>Reno, NV  89506-9302** | | C | | | | | **Unknown** |
| ACCOUNT NO. **4654222**<br>**Professional Finance C<br>5754 W 11th St Ste 100<br>Greeley, CO  80634-4811** | | W | Judgment Carson City Justince Court<br>10CV018781C<br>2014-06-01 | | | | **3,475.00** |
| ACCOUNT NO.<br>**Rapid Cash<br>690 E Prater Way<br>Sparks, NV  89431-4680** | | C | | | | | **Unknown** |
| ACCOUNT NO.<br>**Rex A Adams<br>6630 S McCarran Blvd # C206<br>Reno, NV  89509-6138** | | C | | | | | **15.00** |
| ACCOUNT NO.<br>**Saint Mary's Regional Medical Center<br>1801 W Olympic Blvd # 1467<br>Pasadena, CA  91199-0001** | | C | | | | | **139.00** |
| ACCOUNT NO. **12235207**<br>**U S Dept of Ed/Gsl/Atl<br>PO Box 4222<br>Iowa City, IA  52244-4222** | | H | 2010-05-01 | | | | **1,009.00** |

Sheet no. **18** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,638.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Root, Shawn Allen & Holman, Rebekah Evelyn Anne**      Case No. **15-50489**
_____
Debtor(s)                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **12230641** <br><br> **U S Dept of Ed/Gsl/Atl** <br> **PO Box 4222** <br> **Iowa City, IA  52244-4222** | | H | **2010-05-01** | | | | **535.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **19** of **19** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $     **535.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $    **143,715.35**

B6G (Official Form 6G) (12/07)

IN RE **Root, Shawn Allen & Holman, Rebekah Evelyn Anne** _____ Case No. **15-50489**
            Debtor(s)                                                            (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

B6H (Official Form 6H) (12/07)

IN RE **Root, Shawn Allen & Holman, Rebekah Evelyn Anne**      Case No. **15-50489**
<br>Debtor(s)                                                               (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

**Fill in this information to identify your case:**

Debtor 1   **Shawn Allen Root**
        First Name          Middle Name          Last Name

Debtor 2   **Rebekah Evelyn Anne Holman**
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the: District of Nevada, Reno Division

Case number   **15-50489**
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| Occupation | **Courier (1099 Position)** | **See Schedule Attached** |
| Employer's name | **Outrack** | |
| Employer's address | **45 Vista Blvd Ste 101**<br>Number   Street | Number   Street |
| | **Sparks, NV  89434-6615**<br>City     State    ZIP Code | City      State    ZIP Code |
| How long employed there? | _____ | _____ |

| Part 2: | Give Details About Monthly Income |

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ **2,166.00** | $ **3,268.92** |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ **2,166.00** | $ **3,268.92** |

Debtor 1    **Shawn Allen Root** _____    Case number *(if known)* 15-50489 _____
First Name    Middle Name    Last Name

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ................................................................→ | 4. | $ 2,166.00 | $ 3,268.92 |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 180.25 |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. Other deductions. Specify: **See Schedule Attached** | 5h. | + $ 0.00 | + $ 763.46 |
| 6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 0.00 | $ 943.71 |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 2,166.00 | $ 2,325.21 |

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 120.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: _____ | 8h. | + $ 0.00 | + $ 0.00 |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0.00 | $ 120.00 |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 2,166.00 + | $ 2,445.21 = $ 4,611.21 |

**11. State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: **Rent from Roommates**    11. + $ 700.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies    12. $ 5,311.21

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain: | Debtor just started his job this month --- this explains the difference between the B-22 & "I" |

IN RE **Root, Shawn Allen & Holman, Rebekah Evelyn Anne**                    Case No. **15-50489**
Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

EMPLOYMENT:      DEBTOR                                           SPOUSE

| | |
|---|---|
| Occupation | |
| Name of Employer | **The Rebekah Chase Band** |
| How long employed | |
| Address of Employer | |

| | |
|---|---|
| Occupation | **Teacher** |
| Name of Employer | **WASHOE COUNTY SCHOOL DISTRICT** |
| How long employed | **6 years** |
| Address of Employer | **PO Box 30425** |
| | **Reno, NV  89520-3425** |

| Other Payroll Deductions: | DEBTOR | SPOUSE |
|---|---|---|
| **American Fidelity/Can** | **0.00** | **20.76** |
| **American Fidelity/Dis** | **0.00** | **32.56** |
| **Life** | **0.00** | **7.50** |
| **Washoe Educ Assoc** | **0.00** | **59.14** |
| **TSA** | **0.00** | **643.50** |

**Fill in this information to identify your case:**

Debtor 1 __Shawn Allen Root__
First Name    Middle Name    Last Name

Debtor 2 __Rebekah Evelyn Anne Holman__
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: District of Nevada, Reno Division

Case number __15-50489__
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

____ MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form 6J

# Schedule J: Your Expenses
12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**

      ☑ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..........................

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Daughter | 15 | ☐ No ☑ Yes |
   | Son | 6 | ☐ No ☑ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

|  |  | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 1,195.00 |
| If not included in line 4: | | |
| 4a.    Real estate taxes | 4a. | $ 0.00 |
| 4b.    Property, homeowner's, or renter's insurance | 4b. | $ 50.00 |
| 4c.    Home maintenance, repair, and upkeep expenses | 4c. | $ 0.00 |
| 4d.    Homeowner's association or condominium dues | 4d. | $ 0.00 |

| Debtor 1 | **Shawn Allen Root** | | | Case number *(if known)* **15-50489** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

|  |  |  | **Your expenses** |
|---|---|---|---|

| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. | $_____0.00_____ |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.   Electricity, heat, natural gas | 6a. | $_____240.00_____ |
| | 6b.   Water, sewer, garbage collection | 6b. | $_____100.00_____ |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. | $_____610.00_____ |
| | 6d.   Other. Specify: _____ | 6d. | $_____0.00_____ |
| 7. | **Food and housekeeping supplies** | 7. | $_____1,500.00_____ |
| 8. | **Childcare and children's education costs** | 8. | $_____0.00_____ |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $_____250.00_____ |
| 10. | **Personal care products and services** | 10. | $_____150.00_____ |
| 11. | **Medical and dental expenses** | 11. | $_____250.00_____ |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.<br>Do not include car payments. | 12. | $_____450.00_____ |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $_____175.00_____ |
| 14. | **Charitable contributions and religious donations** | 14. | $_____0.00_____ |
| 15. | **Insurance.**<br>Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.   Life insurance | 15a. | $_____0.00_____ |
| | 15b.   Health insurance | 15b. | $_____0.00_____ |
| | 15c.   Vehicle insurance | 15c. | $_____187.00_____ |
| | 15d.   Other insurance. Specify:_____ | 15d. | $_____0.00_____ |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.<br>Specify:  **Taxes on Debtor's 1099 Income** | 16. | $_____400.00_____ |
| 17. | **Installment or lease payments:** | | |
| | 17a.   Car payments for Vehicle 1 | 17a. | $_____0.00_____ |
| | 17b.   Car payments for Vehicle 2 | 17b. | $_____0.00_____ |
| | 17c.   Other. Specify:_____ | 17c. | $_____0.00_____ |
| | 17d.   Other. Specify:_____ | 17d. | $_____0.00_____ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | 18. | $_____0.00_____ |
| 19. | **Other payments you make to support others who do not live with you.**<br>Specify:_____ | 19. | $_____0.00_____ |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a.   Mortgages on other property | 20a. | $_____0.00_____ |
| | 20b.   Real estate taxes | 20b. | $_____0.00_____ |
| | 20c.   Property, homeowner's, or renter's insurance | 20c. | $_____0.00_____ |
| | 20d.   Maintenance, repair, and upkeep expenses | 20d. | $_____0.00_____ |
| | 20e.   Homeowner's association or condominium dues | 20e. | $_____0.00_____ |

Debtor 1    **Shawn Allen Root** _____     Case number *(if known)* **15-50489** _____
First Name      Middle Name      Last Name

| | | |
|---|---|---|
| 21. | **Other**. Specify: **See Schedule Attached** _____ | 21.   +$ _____ **95.00** _____ |

22.   **Your monthly expenses.** Add lines 4 through 21.
The result is your monthly expenses.

22.   $ _____ **5,652.00** _____

23.   **Calculate your monthly net income.**

23a.   Copy line 12 (*your combined monthly income*) from *Schedule I.*

23a.   $ _____ **5,311.21** _____

23b.   Copy your monthly expenses from line 22 above.

23b.   − $ _____ **5,652.00** _____

23c.   Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.*

23c.   $ _____ **-340.79** _____

24.   **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.    **None**

**IN RE** Root, Shawn Allen & Holman, Rebekah Evelyn Anne                    Case No. **15-50489**
                                        Debtor(s)

### SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
**Continuation Sheet - Page 1 of 1**

Other Expenses (DEBTOR)

| | |
|---|---:|
| **Auto Registration** | **35.00** |
| **Pet Care** | **60.00** |

**United States Bankruptcy Court**
**District of Nevada, Reno Division**

IN RE:                                                                    Case No. **15-50489**_____

Root, Shawn Allen & Holman, Rebekah Evelyn Anne_____   Chapter **7**_____
<span style="padding-left:12em">Debtor(s)</span>

## BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (Note: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR THE PREVIOUS 12 MONTHS:

   1.  Gross Income For 12 Months Prior to Filing:                          $ _____

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

   2.  Gross Monthly Income:                                                        $ _____**120.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

   3.  Net Employee Payroll (Other Than Debtor)                          $ _____
   4.  Payroll Taxes                                                                $ _____
   5.  Unemployment Taxes                                                        $ _____
   6.  Worker's Compensation                                                    $ _____
   7.  Other Taxes                                                                $ _____
   8.  Inventory Purchases (Including raw materials)                      $ _____
   9.  Purchase of Feed/Fertilizer/Seed/Spray                            $ _____
10.  Rent (Other than debtor's principal residence)                  $ _____
11.  Utilities                                                                    $ _____
12.  Office Expenses and Supplies                                            $ _____
13.  Repairs and Maintenance                                                $ _____
14.  Vehicle Expenses                                                        $ _____
15.  Travel and Entertainment                                                $ _____
16.  Equipment Rental and Leases                                            $ _____
17.  Legal/Accounting/Other Professional Fees                          $ _____
18.  Insurance                                                                    $ _____
19.  Employee Benefits (e.g., pension, medical, etc.)                  $ _____
20.  Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition
    Business Debts (Specify):                                              $ _____

21.  Other (Specify):                                                        $ _____

22.  Total Monthly Expenses (Add items 3-21)                            $ _____

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME

23.  **AVERAGE NET MONTHLY INCOME** (Subtract Item 22 from Item 2)    $ _____**120.00**

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE <u>Root, Shawn Allen & Holman, Rebekah Evelyn Anne</u>                              Case No. <u>**15-50489**</u>
                                                Debtor(s)                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**38** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **April 22, 2015** _____   Signature: ___*/s/ Shawn Root*_____
                                                 **Shawn Root**                                  Debtor

Date: **April 22, 2015** _____   Signature: ___*/s/ Rebekah Evelyn Anne Holman*___
                                                 **Rebekah Evelyn Anne Holman**         (Joint Debtor, if any)
                                                 [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____      _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____      _____
Signature of Bankruptcy Petition Preparer                               Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____

                                         _____
                                         (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.